**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **THOMAS E. STURDIVANT,** | : |
| | : |
| **Petitioner,** | : |
| | : |
| **vs.** | : **CIVIL ACTION 08-0633-CG-M** |
| | : |
| **WARDEN CHERYL PRICE,** | : |
| | : |
| **Respondent.** | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby

**DISMISSED** without prejudice.

**DONE** and **ORDERED** this 31st day of December, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE